JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL GUILLEN,<br><br>                    Petitioner,<br><br>        v.<br><br>D. ASUNCION, Warden,<br><br>                    Respondent. | Case No.  SACV-16-00091-JVS (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  October 27, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE